UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| COMANCHE TRAIL PIPELINE, LLC, <br>    Plaintiff, <br><br> vs. <br><br> EL PASO COUNTY WATER <br> IMPROVEMENT DISTRICT NO. 1, <br>    Defendant, <br><br> and <br><br> THE UNITED STATES OF AMERICA, <br>    Intervenor. | Case No. EP-16-CV-00444-FM |

## ORDER OF DISMISSAL

COME NOW, Plaintiff, Comanche Trail Pipeline, LLC; Defendant, the El Paso County Water Improvement District No. 1; and Intervenor, the United States of America, by and through their counsel, and subject to the approval of the Court, stipulate as follows:

1. The Temporary Restraining Order as amended and entered on December 5, 2016 (Doc. No. 34) is hereby **DISSOLVED**.

2. All claims shall be **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

SIGNED and ENTERED this _19_ day of December 2016.

**SO ORDERED.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE